

FILED
IN OPEN COURT

FEB 15 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:21-CR-192 (LMB) |
| ) | |
| JON KARL MCREE FLEET, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(a)(1), the defendant is ordered to pay restitution in the total amount of **$1,518.95**.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

4. Interest:

   __✓__ is waived.

   _____ accrues as provided in 18 U.S.C § 3612(f).

5. Notwithstanding any other provision of this Restitution Order, or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $ __50__ per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

1

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, Virginia 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

11. The Clerk of Court shall distribute the funds to the victims on a pro rata basis

/s/
Leonie M Brinkema
United States District Judge

ENTERED this 15th day of February 2022.

at Alexandria, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

Cristina C. Stam
Bibeane Metsch
Assistant United States Attorneys

SEEN AND AGREED:

Jon Karl Mcree Fleet
Defendant

Brooke Sealy Rupert
Counsel for Defendant

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim: | Loss Amount: |
|---|---|
| McDonald's<br>505 S. Van Dom Street<br>Alexandria, VA 22304 | $145.36 |
| Papa John's Pizza<br>5860 Columbia Pike<br>Falls Church, VA 22041 | $187.00 |
| Domino's Pizza<br>8133 Watson Street<br>McLean, VA 22102 | $386.59 |
| Macy's<br>6400 Springfield Mall<br>Springfield, VA 22150 | $300.00 |
| Subway<br>10428 Campus Way<br>South Largo, MD 20774 | $500.00 |
| Total due from defendant: | $1,518.95 |